FILED

03/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0673

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0673

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

RENIE RAYMOND JOSEPH FILLION,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted a 60-day extension of time to and including May 18, 2020, within which to prepare, serve, and file its response brief.

JMK

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 10 2020